NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMIL NASSAR,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2024-1276

---

Petition for review of the Merit Systems Protection Board in No. CH-844E-23-0154-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    NASSAR V. OPM

accordance with the rules.

                                                    FOR THE COURT



February 8, 2024                          Jarrett B. Perlow
       Date                                 Clerk of Court


**ISSUED AS A MANDATE:** February 8, 2024